MARTIN ANTONIO SABELLI - SBN 164772
Law Offices of MARTIN SABELLI
740 Noe Street
San Francisco, CA 94114-2923
(415) 298-8435
msabelli@sabellilaw.com

JOHN T. PHILIPSBORN - SBN 83944
Law Offices of JOHN T. PHILIPSBORN
507 Polk Street, Suite 350
San Francisco, CA 94102
(415) 771-3801
jphilipsbo@aol.com

Attorneys for BRIAN WAYNE WENDT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JONATHAN JOSEPH NELSON, et al., <br><br> Defendants. | **Case No. CR-17-00533-EMC** <br><br> **BRIAN WENDT'S STATEMENT RE SPEEDY TRIAL ACT EXCLUSION OF TIME FROM MARCH 20, 2020 TO APRIL 10, 2020** |

BRIAN WENDT, through counsel, advises the Court of the following:

Mr. Wendt does not object to the limited exclusion of time through April 10, 2020 based on the extraordinary circumstances facing the parties and the Court. He notes that the heaviest burden continues to fall on the incarcerated and their families and that the numerous and substantial delays in this case pre-date the COVID 19 crisis. As undersigned counsel argued at the March 20 hearing, this case should continue to move forward, or the Court should consider the constitutional and statutory validity, practical wisdom, and humanity of continued pretrial detention for those currently detained. Depending on the evolving prospects of moving this case

1 forward, and the Court's upcoming ruling(s) on motions and trial setting, the Wendt defense may
2 seek to have the Court review Mr. Wendt's detention.

Dated: March 23, 2020                           Respectfully Submitted,

MARTIN ANTONIO SABELLI
JOHN T. PHILIPSBORN


  /s/ MARTIN A. SABELLI
MARTIN "STILL SHAVING" SABELLI
Attorneys for Brian Wayne Wendt