1  JOHN T. PHILIPSBORN - SBN 83944
   Law Offices of JOHN T. PHILIPSBORN
2  507 Polk Street, Suite 350
   San Francisco, CA 94102
3  (415) 771-3801
   jphilipsbo@aol.com
4
5  MARTÍN ANTONIO SABELLI - SBN 164772
   Law Offices of MARTIN SABELLI
6  740 Noe Street
   San Francisco, CA 94114-2923
7  (415) 298-8435
   msabelli@sabellilaw.com
8
   Attorneys for BRIAN WAYNE WENDT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-17-00533-EMC |
|---|---|
| Plaintiff, | **MOTION TO EXCLUDE OR LIMIT THE TESTIMONY OF FBI OR OTHER EXPERT WITNESSES TESTIFYING ABOUT CELL PHONE COMMUNICATIONS AND LOCATIONS BASED ON HISTORICAL CELL CALL DETAIL RECORDS AND PROPRIETARY MAPPING SOFTWARE [*DAUBERT* AND F.R.E. 403]; MOTION FOR EVIDENTIARY HEARING** |
| vs. | |
| JONATHAN JOSEPH NELSON, et al., | |
| Defendants. | |
| | Date: March 2, 2021<br>Time: 9:00AM<br>Dept: The Honorable Edward M. Chen<br>District Court Judge |

TO THIS HONORABLE COURT; TO COUNSEL FOR THE GOVERNMENT; TO

FELLOW DEFENSE COUNSEL:

BRIAN WENDT hereby moves for orders excluding the testimony of FBI CAST team member Special Agent Meredith Sparano or any other proffered 'cell phone' communication experts who are purporting to testify about a retrospective analysis of cell

**MOTION TO EXCLUDE OR LIMIT THE TESTIMONY OF FBI OR OTHER EXPERT WITNESSES TESTIFYING ABOUT CELL PHONE COMMUNICATIONS AND LOCATIONS [*DAUBERT* AND F.R.E. 403]; MOTION FOR EVIDENTIARY HEARING**

1

phone call locations based on historical cell phone records and about the mapping and accuracy of mapping related to the analysis using proprietary software. The Brian Wendt defense moves for an evidentiary hearing if the Court is not inclined to grant this motion without a hearing. The grounds for the motion, which are set forth in detail in the accompanying memorandum of points and authorities which is hereby incorporated by reference, are:

    1.    Based on the contents of her CV and her declaration and disclosures, Agent Sparano is not qualified to describe or establish the basis for, reliability of, or error rates related to computer-generated illustrations or maps of the purported exact locations of cell towers locations and handheld cell phones; the actual orientation and range of cell tower antennas involved in this case;

    2.    The disclosure of Agent Sparano's materials does not satisfy F.R.C.P. 16(a)(1)(F) and (G) disclosure obligations as to the bases for her opinions as illustrated in maps and illustrations;

    3.    Mr. Wendt objects that there is insufficient authentication (F.R.E. 901) of Gladiator Forensics' ESPA software in combination with a lack of foundation that Agent Sparano has the qualifications to assist in authentication to permit the admission of opinion evidence that would include displaying ESPA mapping with location entries as part of the CAST opinion testimony; a similar objection applies to any proposal to reference peer review using Google Earth and/or CastViz;

    4.    Agent Sparano's proposed testimony does not provide information about methodology and analysis based on proprietary software dependent on algorithms and coding structures that have not been revealed to the defense, involve technologies found by courts to not have specified error rates and have been described in court rulings and as subject to variables and uncertainties not acknowledged by Agent Sparano;

    5.    In addition, Agent Sparano's opinions are not based on reliable or admissible mapping of cell site and cell phone information;

    6.    The relevance of Agent Sparano's analysis is dependent on proof of the

**MOTION TO EXCLUDE OR LIMIT THE TESTIMONY OF FBI OR OTHER EXPERT WITNESSES TESTIFYING ABOUT CELL PHONE COMMUNICATIONS AND LOCATIONS [*DAUBERT* AND F.R.E. 403]; MOTION FOR EVIDENTIARY HEARING**

2

relevance and admissibility of the information about the target phones;

    7.    Because Agent Sparano is using limited data to conduct a retrospective analysis of phone locations in several distinct geographical locations, her opinion testimony is not the product of a reliable methodology and should be excluded;

    8.    The records employed by Agent Sparano contain hearsay; other parts of the records are generated through a process that is employed primarily to prepare materials for prosecution purposes and are 'testimonial' within the meaning of *Bullcoming v. New Mexico*, 564 U.S. 647 (2011) and *Crawford v. Washington*, 541 U.S. 36 (2004);

    9.    The Court should exclude Agent Sparano's opinion testimony in that its potential relevance is outweighed by the substantial danger of unfair prejudice; confusion; or misleading the jury within the meaning of F.R.E. 403.

This motion is based on the statement of the motion; on the Government's disclosures of Agent Sparano's work, diagrams, PowerPoints, and declaration (assuming that these are supplemented in areas that the defense has complained that they are inadequate in); on the accompanying memorandum of points and authorities which is incorporated by reference; on the appended declaration of counsel and any supporting exhibits; and will further be supported by further argument and authorities as may be proffered at the time of any hearing on this motion.

Dated: January 29, 2021                  Respectfully Submitted,

                                            JOHN T. PHILIPSBORN
                                            MARTIN ANTONIO SABELLI

                                            */s/ John T. Philipsborn*
                                            JOHN T. PHILIPSBORN
                                            Attorneys for Brian Wayne Wendt

# PROOF OF SERVICE

I, Melissa Stern, declare:

That I am over the age of 18, employed in the County of San Francisco, California, and not a party to the within action; my business address is Suite 350, 507 Polk Street, San Francisco, California 94102.

On January 29, 2021, I served the within document entitled:

**MOTION TO EXCLUDE OR LIMIT THE TESTIMONY OF FBI OR OTHER EXPERT WITNESSES TESTIFYING ABOUT CELL PHONE COMMUNICATIONS AND LOCATIONS BASED ON HISTORICAL CELL CALL DETAIL RECORDS AND PROPRIETARY MAPPING SOFTWARE [*DAUBERT* AND F.R.E. 403]; MOTION FOR EVIDENTIARY HEARING**

( ) By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, CA, addressed as set forth below;

(X) By electronically transmitting a true copy thereof through the Court's ECF system;

( ) By having a messenger personally deliver a true copy thereof to the person and/or office of the person at the address set forth below.

AUSA Kevin Barry
AUSA Ajay Krishnamurthy
AUSA Lina Peng

All defense counsel through ECF

Executed this 29th day of January, 2021, at San Francisco, California.

Signed:   */s/ Melissa Stern*
          Melissa Stern