# EXHIBIT A
## Excerpt from CEB (California) re NELOS

# From CEB, California (Continuing Education of the Bar)

# 9 Global Positioning Systems (GPS), Cell Phones, and Other Tracking Devices

## 3. Accuracy Issues

**§9.33 c. Network Event Location System (NELOS) Data**

AT&T can provide Network Event Location System (NELOS) data to show the approximate location of a cell phone, and counsel may attempt to argue that this data is very accurate because the location information is based on GPS satellites with atomic clocks and accurate information. However, this data may not be as accurate as asserted. The NELOS patent states, "NELOS information can be received from a NELOS component and can be derived from timed fingerprint location (TFL) information associated with a user equipment (UE). TFL information and NELOS information can be distinct from location information determined from conventional techniques, which can provide for additional benefit.... As such, employing TFL information for location determination is demonstrably different from conventional location determination techniques or systems such as GPS, eGPS, triangulation or multilateration in wireless carrier environments, near field techniques, or proximity sensors. As an example, in contrast to a GPS system having a GPS receiver to receive GPS signals, a TFL enabled smartphone can employ wireless radio timing signals already associated with the wireless cellular service of the smartphone to determine location such that both location information and cellular service are accommodated on the same radio and additional energy for a second radio need not be expended." See Patent #10,206,056, filed on February 12, 2019, available at http://patft.uspto.gov/netahtml/PTO/srchnum.htm.