# EXHIBIT C

**Excerpts from Gladiator Forensics website re Gladiator Suite, including ESPA**




# Optimizing access to timely intelligence to safeguard our communities

## The gold standard for wireless network forensics

Providing Law Enforcement and Homeland Security the intelligence gathering and analytical tools to safeguard against criminal threats




## Law Enforcement

A paradigm change, maximizing the impact of timely actionable intelligence by sharing expert knowledge and experience. Allowing access for all law enforcement departments regardless of forensics experience, size and budget.

## Corporate Solutions

Investigate fraudulent claims, i[illegible]ue networks, detect and locate rogue operators within your corporate n[illegible]orroborate forensic evidence and verify alibi.

## Intelligence Organizations

Optimized for federated crime investigations entailing state, federal, and international collaboration. Adaptable to international telecom specifications and telecom providers' CDR and geo-location data.




- ESPA (Enterprise Sensor Processing and Analytics), our graphical information system solution
- GAR (Gladiator Autonomous Receiver), our wireless network Recon solution
- Sentinel, our real-time monitoring and electronic surveillance solution
- Smart Track, our real-time monitoring, GPS pings and geo-location solution
- Custom narratives and comprehensive reports






- ESPA verified - lead generation, analysis and mapping of telecom data
- Email courier - express access to actionable leads
- IQ portal - case creation, consolidation and corroboration of evidence
- IQ packets - synthesis and illustration of forensic evidence
- IQ reports - user defined custom analytics and reports

READ MORE




# OSS Suite

## One System Solution for Wireless Network Forensics



## Four Tools in One

### One stop shop for crime investigation

The Gladiator OSS suite is an integrated solution delivering the foundation tools for forensics intelligence gathering and analytics.

Our solution is configurable to support all access technologies worldwide,

including Recon for 2G to 5G networks.

The analytics and reporting are customizable to fit each organization's mission applications.




# GAR

Gladiator Autonomous Receiver (GAR), a wireless network Recon platform, uses patented analytics to prioritize and confine search areas in-line with actual RF network coverage and cell-tower activity. GAR is fully configurable

## Recon of cellular and Wi-Fi networks

GAR simultaneously and automatically detects all broadcast channels from the towers and Wi-Fi

Case 3:17-cr-00533-EMC Document 1444-4 Filed 01/29/21 Page 9 of 10

networks and self configures measurements.




# ESPA

Enterprise Sensor Processing and Analytics is Gladiator's forensics geographic information system which seamlessly unifies case management, data storage, and analytics from all of Gladiator's intelligence gathering and analytical tools. A unified command center for real-time monitoring, network Recon, and historical CDR and geo-location data, for a complete and comprehensive assessment of telecom evidentiary data.

### Custom narratives and court presentation

Overlay of GAR measured cell coverage to supplement the CDR wedge estimate. Recon analysis depicts possible and probable search area targets in accordance to sector configuration.



# Smart Track

An automated live monitoring system for geo-fencing, alerts, and mapping GPS and email pings.

The tool allows triggering alerts for:

- Phone on/off alerts

- Geo-location pings of a specific accuracy
- Geo-fencing high-value targets

GLADIATOR FORENSICS
THE NEXT GENERATION IN WIRELESS FORENSICS

**Geo-fencing high value targets**

Specify and receive automated live high accuracy alerts when suspects enter or leave a defined target area.



# Sentinel

Sentinel electronic surveillance solution allows you to monitor a subject's real time location and mobility with tailored detailed views including location update messages. If you then want to analyze the calls further then it seamlessly integrates with ESPA.