# EXHIBIT A
# FBI 302 - Clubhouse Search, November 20, 2017

# FEDERAL BUREAU OF INVESTIGATION

Date of entry 12/04/2017

On November 20, 2017, the FBI San Francisco Evidence Response Team (ERT) conducted a search of the Hells Angels Fresno clubhouse, located at 2273 South G Street, Fresno, CA 93721. The search was conducted pursuant to a Federal search warrant authorized by Honorable Judge Stanley A. Boone, United States Magistrate Judge, Eastern District of California, on November 16, 2017.

The following San Francisco and Sacramento Division personnel participated in the search:

**San Francisco Division**

SA Mccarrell Crumine - Case Agent

SA Liza Fornaciari - SF ERT TL, Seizing Agent

IA Marian Gimbel - SF ERT ATL, Site Team Leader

SA Heather Newberry - SF ERT, DNA

SA Aaron Stewart - SF ERT, Photographer

SA Clement Lai - SF ERT

SOS Toni Mata - SF ERT

SA Christopher Reinke - SF ERT

TFO Travis Menke - Santa Rosa PD

TFO Jason Jucam - Santa Rosa PD

TFO Tommy Isachsen - Santa Rosa PD

TFO Brandon Austin - Sonoma County Sheriff's Office

TFO William Harm - California Highway Patrol

Investigation on 11/20/2017 at Fresno, California, United States (In Person)

File # 281P-SF-5626535 Date drafted 11/22/2017

by GIMBEL MARIAN M, FORNACIARI LIZA MAREE

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

281P-SF-5626535

Continuation of FD-302 of (U) Search Warrant conducted at 2273 South G Street, Fresno, California 93721 , On 11/20/2017 , Page 2 of 4

**Sacramento Division**

SA Marcus Knutson - SC ERT, Senior Team Leader

SA Elizabeth Buckmiller - SC ERT

SA Traci Barrasso - SC ERT

SA David Ricks - SC ERT

SA Rebecca Bills - SC ERT, Sketcher

AS Anna Coakly - SC ERT, Evidence Control

SOS Nicole Heideman - SC ERT, Photographer

SA William Denton - SC ERT

ECT Grady Obrien - SC ERT, Evidence Control

SA Eric Berumen - SC ERT, Photo Log

Paralegal Specialist Michele Ramirez - SC ERT

SA Alexia Crow - Fresno RA Liaison

SSA George Lopez - Fresno SSA on scene supervisor

ASAC Tom Osborne - Sacramento Division

SA Laura Cuthbert - Sacramento Division

TFO George Imirian - Sacramento Division

TFO Merv Wong - Sacramento Division

SA George Jusino - ATF

SA Eric Penman - ATF

The search team arrived at the scene at approximately 6:25 am. The scene was already secured by members of the FBI Sacramento SWAT team, some of

FD-302a (Rev. 05-08-10)

281P-SF-5626535

Continuation of FD-302 of (U) Search Warrant conducted at 2273 South G Street, Fresno, California 93721 , On 11/20/2017 , Page 3 of 4

whom remained on site for perimeter security. The front door and containers located in the back of the premises, sustained damage during entry.

The location is described as a commercial-type structure, with one main level and a smaller second level accessed by an internal staircase. The first level entrance had a small office. The large open area had a large bar type set up with numerous bar stools seating, a couch, a table, with various television's mounted on the wall. The first level also had a large white board and a small cage with no visible access mounted on top of a small storage closet. The first level also had a raised stage in one area, a bar/kitchen type setup, a shower, women's and men's bathroom with a storage room above the restrooms, and additional office type rooms. There was a large roll-up gate leading to the back of the building. There was a large sink against a wall located near the stairs. There was also an additional storage room underneath the stairs leading to the second floor.

The second floor had a loft type room overlooking the stage on the main floor, numerous boxes, music equipment, a couch, and small door leading to a small attic style room. Behind the main building were three large outdoor storage containers. Letters were assigned to the various rooms and areas at the location. The main building was assigned single character letters (A,B,C, etc) by the search team.

Upon the arrival of the search team, the FBI SWAT team had detained one individual located within the premises. Please refer to the SWAT FD-302 for information and the disposition of the individual.

SOS Nicole Heideman (SC ERT) and SA Aaron Stewart (SF ERT) took photographs at the beginning, during, and at the conclusion of the search. A photo log was kept of all photographs taken. A sketch of the scene was prepared by SA Bills (SC ERT), which included the approximate location of evidence items collected.

Presumptive blood testing was conducted in several locations by SA Newberry (SF ERT) and SA Varrasso (see attached Blood Collection Log). Three areas tested resulted in positive results.

DNA collection was conducted in several locations of the premises by SA Newberry, SA Varrasso, SA Reinke, and SOS Mata (see attached DNA Collection Log).

Luminol was applied to the floor area near the stage and on the wall in area "G" left side of stage, the wall by the table located in area "H", the wall above the sink area "I" to search for latent blood stains. These

FD-302a (Rev. 05-08-10)

281P-SF-5626535

Continuation of FD-302 of (U) Search Warrant conducted at 2273 South G Street, Fresno, California 93721, On 11/20/2017, Page 4 of 4

areas reacted positively with the Luminol. Photographs were taken by SOS Heideman of the reaction.

An Evidence Log was prepared for all the items of evidence seized, listing a description of the items and the location of where they were found. At the completion of search, the collected evidence was transported to the FBI Sacramento ET secure offsite, 7388 North Remington Street, Fresno, CA (see transport 302) by SA Fornaciari, SA Reinke, SA Lai, SA Stewart, IA Gimbel, and SOS Mata.

A copy of the search warrant, the FD-597 Receipt for Property, and a set of two lock keys were left on the top of the bar by SA Fornaciari. No one was present at the location upon the departure of the scene. The storage containers labeled on sketch as areas "R" and "S", were secured with two brand new locks. The back roll-up gate and door were secured internally. The front door sustained some damaged upon entry, a brand new chain and lock were placed to secure the front door with a note to contact Fresno PD for keys to the lock. The search team departed the scene at approximately 8:05pm.

The digital photos were copied to DVDs labeled "Original", "Agent Copy", "Working Copy", and "SF ERT Copy," and will be maintained in the 1A section of the case file. Multiple working copies were also created for distribution to the investigating agents.

Container labeled area "T" was identified as belonging to George Mecias, 2277 South G Street, Fresno, CA. Upon clearing the premises, FBI Fresno SWAT broke the lock to clear it. A new lock was provided to Mr. Mecias, an FD-597 property receipt was provided to him indicating no damage to storage container and the receipt for the new lock. Photos of the container, photo log, and CD's containing the photos are being placed in the 1A section of this file.

The original Evidence Logs, Sketch, Blood Collection Log, DNA Collection Log, Photo Logs, a copy of the Search Warrant, sign in sheet, and a copy of the FD-597, will be maintained in the 1A section of the case file.