UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN JOSEPH NELSON,<br><br>Defendant. | Case No. 17-cr-00533-EMC (LB)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART SECOND JOINT DEFENSE MOTION FOR DISCLOSURE OF CERTAIN JURY RECORDS**<br><br>Re: ECF Nos. 1862–1864 |

The defendants asked for certain jury records, and the government largely did not oppose the motion. The court's director of courtroom operations sent a letter to the parties disclosing all information that was unopposed. On July 29, 2021, the court held a hearing and said it would discuss some of the remaining issues with the director of courtroom operations. The court was able to do so today. This order memorializes the court's rulings on the issues where the parties disagree.[1]

**1. Interplay with Trial Date — Request 1**

One alleged disagreement was the interplay with the issues and the trial date. The parties understand that any motions about the trial schedule must be raised with the trial judge.

---

[1] Opp'n – ECF No. 1874 at 3–4 (disagreements). Citations refer to the Electronic Case File (ECF); pinpoint citations are to the ECF-generated page numbers at the top of documents.

ORDER – No. 17-cr-00533-EMC (LB)

### 2. AO-12 Forms and Information about the Wheel — Requests 5, 6, 7, 12, 14, 15

The government does not oppose, and the court orders, disclosure of forms and documents for the jury wheel that will be in place for the January 2022 trial. The court talked at length with the director of courtroom operations about the earlier wheels and has determined that the information is too attenuated to any jury composition challenge. That said, at the hearing, Mr. Philipsborn raised the issue about the report that precipitated the court's conversation with the director of courtroom operations. After talking about the issue with the director, the court authorizes the Clerk's office to provide the report, which is in the nature of an operations report.

### 3. Completed Jury Questionnaires — Requests 23, 24

The defendants want all questionnaires for all jurors (qualified, disqualified, excluded, excused, or exempted) for the past 24 months.[2] The relevant demographic information will be in the category 2 information. The request is too burdensome and attenuated from any jury-composition challenge.

**IT IS SO ORDERED.**

Dated: August 30, 2021

LAUREL BEELER
United States Magistrate Judge

---

[2] Mot. – ECF No. 1864 at 6 (¶¶ 23–24).