United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiffs,

v.

WENDT,

Defendants.

Case No. 17-cr-00533-EMC-5

**ORDER REQUIRING APPEARANCE OF JOHN PHILIPSBORN**

John Philipsborn, counsel for Brian Wendt in the above-referenced is ordered to appear in this court for an evidentiary hearing set for 9/25/2026, at 9:00 AM.

**IT IS SO ORDERED**.

Dated: August 18, 2026

EDWARD M. CHEN
United States District Judge